RICHARD HILL, ESQ.
Nevada Bar No. 596
SOPHIE A. KARADANIS, ESQ.
Nevada Bar No. 12006
RICHARD G. HILL, LTD.
652 Forest Street
775-348-0888 Phone
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NGM INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> NERO SPECIALTIES, INC., a Nevada corporation, <br><br> Defendant. | CASE NO: 2:17-cv-02658-APG-GWF |

### STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff NGM INSURANCE COMPANY and Defendant, NERO SPECIALTIES, INC., by and through their counsel of record, that Defendant shall have an extension of ten (10) days to answer or otherwise respond to Plaintiff's Complaint. Defendant's last day to file and serve a response to Plaintiff's Complaint was previously December 31, 2017, and will now be January 15, 2018.

. . .

. . .

. . .

. . .

1

No Scheduling Order has been issued.

DATED this 29th day of December, 2017.      DATED this 29th day of December, 2017.

ALVERSON, TAYLOR                              RICHARD G. HILL, LTD.
MORTENSEN & SANDERS

_/s/ Mari K. Schaan_ 12/29/17                 _/s/ Richard Hill_ 12/29/17

MARI K. SCHAAN, ESQ.                          RICHARD HILL, ESQ.
Nevada Bar No. 11268                          Nevada Bar No. 596
7401 W. Charleston Boulevard                  SOPHIE A. KARADANIS, ESQ.
6605 Grand Montecito Pkwy., Ste. 200          Nevada Bar No. 12006
Las Vegas, NV 89149                           652 Forest Street
(702) 384-7000 Phone                          775-348-0888 Phone
(702) 385-7000 Fax                            *Attorney for Plaintiff*
*Attorneys for Defendant*

## ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

**IT IS SO ORDERED.**

DATED this 2nd day of January 2018.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

RICHARD G. HILL, LTD.

_/s/ Richard Hill_ 12/29/17

RICHARD HILL, ESQ.
Nevada Bar No. 596
SOPHIE A. KARADANIS, ESQ.
Nevada Bar No. 12006
652 Forest Street
775-348-0888 Phone
*Attorney for Plaintiff*

2